

**FILED**

MAR 0 2 2011

CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  11-40017 |
| Plaintiff, | <u>INDICTMENT</u> |
| vs. | Attempted Commercial Sex Trafficking |
| JEFFREY KROGMAN, a/k/a "jkrogman79@gmail.com", | 18 U.S.C. §§ 1591 and 1594(a) |
| Defendant. | |

The Grand Jury charges:

On or about February 12, 2011, in the District of South Dakota and elsewhere, Jeffrey Krogman, a/k/a "jkrogman79@gmail.com", defendant herein, knowingly, in and affecting interstate commerce, attempted to recruit, entice and obtain a person who had not attained the age of 18 years, and knew that the person would be caused to engage in a commercial sex act; all in violation of 18 U.S.C. §§1591 and 1594(a).

FORFEITURE ALLEGATION

1. The allegations contained in this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 1594(d)(1).

2. If convicted of an offense set forth above, Jeffrey Krogman, a/k/a "jkrogman79@gmail.com", the defendant herein, shall forfeit to the United States

any and all materials or property used or intended to be used to commit or to facilitate commercial sex trafficking. Such property includes, but is not limited to:

a.   Sprint LG cellular telephone, model LS670, serial number 010KPQJ0111556.

A TRUE BILL:

_____
Foreperson

BRENDAN V. JOHNSON
United States Attorney

By:

-2-